

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JULIAN J. PARDINI, SB# 133878
2  One Sansome Street
   Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882
   pardini@lbbslaw.com
5
   Attorneys for Defendant
6  NATIONWIDE MUTUAL INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 JANICE R. RUSSELL, Trustee of the MASSA-     CASE NO.
   FAMILY TRUST,
13                                               ) CERTIFICATION OF INTERESTED
          Plaintiff,                             ) ENTITIES OR PERSONS
14                                               ) [N.D. Cal. Local Rule 3-16]
      v.                                         )
15                                               )
   NATIONWIDE MUTUAL INSURANCE                   )
16 COMPANY, DOE ONE, DOE TWO, DOE                )
   THREE, DOE FOUR, DOE FIVE, DOE SIX,           )
17 DOE SEVEN, DOE EIGHT, DOE NINE, AND           )
   DOE TEN,,                                     )
18                                               )
          Defendants.                            )
19 _____)

20

21        Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide

22 Mutual") submits the following Certification of Interested Entities or Persons pursuant to Northern

23 District of California Local Rule 3-16:

24        The identities of persons, associations, firms, partnerships, corporations and other

25 entities known by the parties to have (1) a financial interest in the subject matter at issue or in a

26 party to this action, or (2) any other kind of interest that could be substantially affected by the

27 outcome of this action, are:

28 ///

4835-5503-7186.1                          -1-
                   NOTICE OF REMOVAL OF ACTION AND JURY DEMAND

a. Plaintiff Janice R. Russell, Trustee of the MASSA FAMILY TRUST;

b. Plaintiff's counsel of record, John F. DeMeo, Joshua M. West and Carmen D. Sinigiani of the law firm of DeMeo DeMeo & West and attorneys and employees associated with them;

d. Defendant Nationwide Mutual and its affiliated entities and employees;

e. Nationwide Mutual's counsel of record in this action, Lewis Brisbois Bisgaard & Smith, LLP, and attorneys associated with that firm.

DATED: February 13, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580