| | |
|---|---|
| 1 | **JOHN F. DeMEO, ESQ. - SBN: 28891** |
| | **JOSHUA M. WEST, ESQ. - SBN:118463** |
| 2 | **CARMEN D. SINIGIANI, ESQ. - SBN: 238895** |
| | **DeMEO DeMEO & WEST** |
| 3 | **565 WEST COLLEGE AVENUE** |
| | **SANTA ROSA, CA 95401** |
| 4 | **(707) 545-3232 PHONE** |
| | **(707) 545-1725 FAX** |
| 5 | **demeo7@sonic.net** |
| | **cdsinigiani@comcast.net** |
| 6 | **Attorneys for Plaintiff** |
| | **JANICE R. RUSSELL, Trustee of the** |
| 7 | **MASSA FAMILY TRUST** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST | CASE NO. CV 08-0918 JCS |
| Plaintiff, | **PLAINTIFF JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST'S DEMAND FOR JURY TRIAL (Fed. R. Civ. P. 38)** |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN, | |
| Defendants. | |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, JANICE RUSSELL, Trustee of the Massa Family Trust, demands trial by jury in this action of all issues triable by jury in this matter.

DeMeo DeMeo & West

Dated: February 26, 2008        By:_____/s/_____
                                Carmen D. Sinigiani, Attorneys for
                                Plaintiff JANICE R. RUSSELL,
                                Trustee of the Massa Family Trust

## PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On February 26, 2008, I mailed from Santa Rosa, California, the following **documents**:

**PLAINTIFF JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST'S DEMAND FOR JURY TRIAL**

I served the documents by enclosing them in an envelope and:

_____ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

__X__ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| Lewis Brisbois Bisgaard & Smith, LLP<br>Julian J. Pardini, Esq.<br>One Sansome Street<br>Suite 1400<br>San Francisco, CA 94104 | Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY |
|---|---|

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **February 26, 2008**, at Santa Rosa, California.

                                           /s/
                                 Barbara A. Meola