JOHN F. DeMEO, ESQ. - SBN: 28891
JOSHUA M. WEST, ESQ. - SBN:118463
CARMEN D. SINIGIANI, ESQ. - SBN: 238895
DeMEO DeMEO & WEST
565 WEST COLLEGE AVENUE
SANTA ROSA, CA 95401
(707) 545-3232 PHONE
(707) 545-1725 FAX
demeo7@sonic.net
cdsinigiani@comcast.net
Attorneys for Plaintiff
JANICE R. RUSSELL, Trustee of the
MASSA FAMILY TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST | CASE NO.  CV 08-0918 JCS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN, | |
| Defendants. | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party hereby voluntarily consents to have a United States Magistrate Judge, the Honorable Joseph

C. Spero, conduct any and all further proceedings in the case, including trial, and order the entry

of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court

of Appeals for the Ninth Circuit.

///

///

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE      CV 08-0918 JCS
JUDGE

1

DeMeo DeMeo & West

2

3

4  Dated: February 26, 2008                    By:_____/s/_____

5                                                  Carmen D. Sinigiani, Attorneys for
                                                   Plaintiff JANICE R. RUSSELL,
6                                                  Trustee of the Massa Family Trust

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE          CV 08-0918 JCS
JUDGE

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On February 26, 2008, I mailed from Santa Rosa, California, the following **documents**:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

I served the documents by enclosing them in an envelope and:

_____**depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

_X___**placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Lewis Brisbois Bisgaard & Smith, LLP<br>Julian J. Pardini, Esq.<br>One Sansome Street<br>Suite 1400<br>San Francisco, CA 94104 | Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **February 26, 2008**, at Santa Rosa, California.

_____/s/_____
Barbara A. Meola

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                CV 08-0918 JCS