```
1  JOHN F. DeMEO, ESQ. - SBN: 28891
   JOSHUA M. WEST, ESQ. - SBN:118463
2  CARMEN D. SINIGIANI, ESQ. - SBN: 238895
   DeMEO DeMEO & WEST
3  565 WEST COLLEGE AVENUE
   SANTA ROSA, CA 95401
4  (707) 545-3232 PHONE
   (707) 545-1725 FAX
5  demeo7@sonic.net
   cdsinigiani@comcast.net
6  Attorneys for Plaintiff
   JANICE R. RUSSELL, Trustee of the
7  MASSA FAMILY TRUST
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>Defendants.<br>_____/ | CASE NO. CV 08-0918 JCS<br><br>**PLAINTIFF JANICE R. RUSSELL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [N.D. Cal. Local Rule 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (2) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

    a.    Plaintiff Janice R. Russell, Trustee of the MASSA FAMILY TRUST;

    b.    Plaintiff's counsel of record, John F. DeMeo, Joshua M. West and Carmen D. Sinigiani of the law firm of DeMeo DeMeo & West and attorneys and employees

1 associated with them;

2   c. Defendant Nationwide Mutual and its affiliated entities and employees;

3   d. Nationwide Mutual's' counsel of record in this action, Lewis Brisbois Bisgaard &
4      Smith, LLP, and attorneys associated with that firm.

                                          DeMeo DeMeo & West

Dated:    February 26, 2008         By:_____/s/_____
                                    Carmen D. Sinigiani, Attorneys for
                                    Plaintiff JANICE R. RUSSELL,
                                    Trustee of the Massa Family Trust

PLAINTIFF JANICE RUSSELL'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS  [N.D. Cal. Local rule 3-16]                              CV 08-0918 JCS

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On February 26, 2008, I mailed from Santa Rosa, California, the following **documents**:

**PLAINTIFF JANICE R. RUSSELL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

I served the documents by enclosing them in an envelope and:

_____ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

  X  **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| Lewis Brisbois Bisgaard & Smith, LLP<br>Julian J. Pardini, Esq.<br>One Sansome Street<br>Suite 1400<br>San Francisco, CA 94104 | Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY |
|---|---|

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **February 26, 2008**, at Santa Rosa, California.

                                 \_\_/s/_____
                                    Barbara A. Meola