UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE R RUSSELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>NATIONWIDE MUTUAL INS CO,<br><br>    Defendant(s).<br>_____/ | No. C 08-00918 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: ~~March 4, 2008~~

Signature _[signature]_

Counsel for NATIONWIDE MUTUAL INSURANCE COMPANY
(Name or party or indicate "pro se")

3