**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE R RUSSELL,                                                   No. C 08-00918 CRB

      Plaintiff,                                                           **Clerk's Notice**

  v.

NATIONWIDE MUTUAL INS CO,

      Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, May 30, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 6, 2008                                           FOR THE COURT,

                                                                  Richard W. Wieking, Clerk

                                                                  By: _____
                                                                       Barbara Espinoza
                                                                       Courtroom Deputy