JOHN F. DeMEO, ESQ. - SBN: 28891
JOSHUA M. WEST, ESQ. - SBN:118463
CARMEN D. SINIGIANI, ESQ. - SBN: 238895
DeMEO DeMEO & WEST
565 WEST COLLEGE AVENUE
SANTA ROSA, CA 95401
(707) 545-3232 PHONE
(707) 545-1725 FAX
demeo7@sonic.net
cdsinigiani@comcast.net
Attorneys for Plaintiff
JANICE R. RUSSELL, Trustee of the
MASSA FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>Defendants.<br>_____ / | CASE NO.  CV 08-0918 CRB<br><br>STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(ii)) |

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice, all parties to bear their own costs and fees.

For Plaintiff, JANICE R. RUSSELL

Dated:_____

DeMeo DeMeo & West

By:_____
John F. DeMeo
565 W. College Ave.
Santa Rosa, CA 95401
Attorneys for Janice R. Russell

| | |
|---|---|
| 1 | |
| 2 | For Defendants Nationwide Mutual Insurance Company |
| 3 | Dated: *March 31, 2008*   Lewis Brisbois Bisgaard & Smith |
| 4 | |
| 5 | By: _____ |
|   | Julian J. Pardini, Esq. |
| 6 | One Sansome St., Ste. 1400 |
|   | San Francisco, CA 94104 |
|   | Attorneys for Nationwide Mutual Ins. Co. |
| 7 | |

[PROPOSED] ORDER OF DISMISSAL

PURSUANT TO THE STIPULATION OF DISMISSAL ENTERED INTO BY THE PARTIES, IT IS ORDERED that:

1. This matter is dismissed with prejudice; and
2. Each party is to bear its own costs and fees.

Dated:_____        _____
                                UNITED STATES DISTRICT JUDGE