```
 1  JOHN F. DeMEO, ESQ. - SBN: 28891
    JOSHUA M. WEST, ESQ. - SBN:118463
 2  CARMEN D. SINIGIANI, ESQ. - SBN: 238895
    DeMEO DeMEO & WEST
 3  565 WEST COLLEGE AVENUE
    SANTA ROSA, CA 95401
 4  (707) 545-3232 PHONE
    (707) 545-1725 FAX
 5  demeo7@sonic.net
    cdsinigiani@comcast.net
 6  Attorneys for Plaintiff
    JANICE R. RUSSELL, Trustee of the
 7  MASSA FAMILY TRUST
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE R. RUSSELL, Trustee of the MASSA FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>Defendants.<br>_____/ | CASE NO. CV 08-0918 CRB<br><br>STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(ii)) |

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice, all parties to bear their own costs and fees.

For Plaintiff, JANICE R. RUSSELL

Dated:_____

DeMeo DeMeo & West

By:_____
John F. DeMeo
565 W. College Ave.
Santa Rosa, CA 95401
Attorneys for Janice R. Russell

---

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE                       CV 08-0918 CRB

For Defendants Nationwide
Mutual Insurance Company

Dated: March 31, 2008        Lewis Brisbois Bisgaard & Smith

By: _____
Julian J. Pardini, Esq.
One Sansome St., Ste. 1400
San Francisco, CA 94104
Attorneys for Nationwide Mutual Ins. Co.


[PROPOSED] ORDER OF DISMISSAL

PURSUANT TO THE STIPULATION OF DISMISSAL ENTERED INTO BY THE PARTIES, IT IS ORDERED that:

1. This matter is dismissed with prejudice; and
2. Each party is to bear its own costs and fees.

Dated: April 3, 2008



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE                 CV 08-0918 CRB